File Date: February 6, 2023
Case Number: 23-cr-50
Judge LaShann DeArcy Hall

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. Joseph Modile

2. Related Magistrate Docket Number(s): _____

3. Arrest Date:  n/a

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): United States v. Modile, 21-CR-108 (DG)

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Rule 20 transfer – will be consolidated with a Brooklyn case.
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

BREON PEACE
United States Attorney

By: _____
David Pitluck
Assistant U.S. Attorney
(718) 254-6108

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12