United States Courts
Southern District of Texas
FILED

November 08, 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| v.  § | CRIMINAL NO. | 4:22-cr-558 |
| § | | |
| JOE MODILE, § | | |
| Defendant  § | | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**Money Laundering of Wire Fraud Proceeds**
**(18 U.S.C. §§1956(a)(1)(B)(1) and 2)**

1. On or about the dates set forth below, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**JOE MODILE**,

aiding and abetting others and aided and abetted by others known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct the financial transactions described below, affecting interstate commerce and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, a violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature,

location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, as follows:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 1 | 2/13/2018 | Deposit into Chase account ending in 6160 check number 1121 in the amount of $97,410.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT TWO
## Wire Fraud
## (18 U.S.C. §1343)

2.   From at least November 28, 2017, to on or about May 9, 2018, in the Southern District of Texas and elsewhere, the defendant,

**JOE MODILE,**

knowingly devised and intended to devise, a scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2

## MANNER AND MEANS

3.  JOE MODILE would and did use his cellular telephone to communicate with others about financial transactions for the purpose of executing his scheme to defraud.

4.  JOE MODILE directed B.B. to withdraw cash from her account and give it to others.

5.  JOE MODILE told B.B. to lie to a financial institution regarding the reason for withdrawing money from her account.

## EXECUTION OF THE SCHEME

6.  On or about the dates listed below, in the Southern District of Texas and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money by materially false and fraudulent pretenses, representations, and promises, the defendant, JOE MODILE, transmitted and caused to be transmitted by means of wire communication in and affecting interstate commerce, the following writings, signals, and sounds, that is, the transmission of text messages described below for each count:

7.

| COUNT | DATE | TRANSMISSION DESCRIPTION |
|---|---|---|
|   |   |   |

| | | |
|---|---|---|
| Two | 2/13/2018 | Text message sent from (323) 688-9000 to B.B directing her to pick up a check. |

All in violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE
### (18 U.S.C. §§ 981(a)(1)(C) & 982(a)(1))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**JOE MODILE,**

that upon conviction of any of the offenses charged in Count Two of the Information, all property, real or personal, which constitutes or is derived from wire fraud proceeds is subject to forfeiture.

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the defendant,

**JOE MODILE,**

that upon conviction of any of the offenses charged in Count One of the Information, all property, real or personal, involved in the money laundering offenses or traceable to such property, is subject to forfeiture.

**Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

JENNIFER B. LOWERY
UNITED STATES ATTORNEY


By: /s/ Rodolfo Ramirez
　　Rodolfo Ramirez
　　Assistant United States Attorney

AO 455 (Rev. 1/09)  Waver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern DISTRICT OF Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Joe Modile | Case No: **4:22-cr-558** |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.   I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*