**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
EASTERN DISTRICT OF NEW YORK

File Number  23 Cr 50 & 21 Cr 108

**JOSEPH MODILE**
)
       *Plaintiff,* )
v. )   Notice of Appeal

**UNITED STATES OF AMERICA** )
)
       *Defendant.* )

Notice is hereby given that  JOSEPH MODILE  , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the  Second  Circuit (from the final judgment) (from an order (describing it)) entered in this action on the  20th  day of  March , 20 24 .

/s/ *Samuel Gregory*

Attorney for  JOSEPH MODILE
Address:  16 Court Street, Suite 3500
Brooklyn, New York 11201

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

*See Rule 3(c) for permissible ways of identifying appellants